## Commonwealth *v.* Roguski, Appellant.

768

 Submitted June 10, 1970. *John J. Brier,* Assistant Public Defender, for appellant; *Paul R. Mazzoni,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.